IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02497-PAB-KLM

BENJAMIN BIRDSELL,

    Plaintiff,

v.

VANDENBERG CHASE AND ASSOCIATES, LLC, a Georgia limited liability company, and MR. JACKSON, an individual whose true name is unknown,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Notice of Dismissal Without Prejudice** [Docket No. 28] relating solely to Defendant "Mr. Jackson." Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff may dismiss a party without a Court order by filing a notice of dismissal before the party has answered or filed a motion for summary judgment. Accordingly,

    IT IS HEREBY **ORDERED** that the Order to Show Cause [#23] is **DISCHARGED**.

    Dated:  March 10, 2011