IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02497-PAB-KLM

BENJAMIN BIRDSELL,

    Plaintiff,

v.

VANDENBERG CHASE AND ASSOCIATES, LLC, a Georgia limited liability company,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to File the First Amended Complaint and Jury Demand** [Docket No. 32; Filed April 22, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. The Motion provides no legal or factual basis for Plaintiff's request to amend his Complaint. A motion to amend a complaint must be justified by reference to Fed. R. Civ. P. 15 and must provide appropriate grounds for permitting amendment. *See also* D.C.COLO.LCivR 7.1C.

    Dated:  April 25, 2011