IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02497-PAB-KLM

BENJAMIN BIRDSELL,

    Plaintiff,

v.

VANDENBERG CHASE AND ASSOCIATES, LLC, a Georgia limited liability company,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Renewed Motion to File the First Amended Complaint and Jury Demand** [Docket No. 35; Filed April 29, 2011] (the "Motion").  Plaintiff proposes to amend the Complaint to add claims against employees of Defendant.[1]  Plaintiff asserts that Defendant has not meaningfully responded to Plaintiff's attempts to confer.  *See Motion* [#35] at 2.  Given that the standard for amendment pursuant to Fed. R. Civ. P. 15(a) is a liberal one,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the First Amended Complaint [Docket No. 35-1] is accepted for filing as of today's date.

    IT IS FURTHER **ORDERED** that Plaintiff shall effect service of the First Amended Complaint on the new Defendants on or before **May 13, 2011**.

    IT IS FURTHER **ORDERED** that the new Defendants shall answer or otherwise respond within the deadlines set by the Federal Rules of Civil Procedure.

    IT IS FURTHER **ORDERED** that Defendant Vandenberg Chase and Associates, LLC shall answer or otherwise respond to the First Amended Complaint on or before **May

---

[1] Although the pleading amendment deadline expired on April 22, 2011 and Plaintiff did not seek leave to extend it, the Court notes that Plaintiff timely sought leave to amend his Complaint by the deadline [Docket No. 32].  Because Plaintiff's timely request was denied without prejudice after expiration of the deadline [Docket No. 34], the Court elects to consider the Motion on its merits.

**20, 2011**.

Dated:  May 2, 2011